ACCEPTED
01-14-00886-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 10:53:23 AM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00886-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

───────────◆───────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/22/2015 10:53:23 AM

CHRISTOPHER A. PRINE
Clerk

**No. 1389543**
In the 248th District Court
Of Harris County, Texas

───────────◆───────────

**ANA MARIA GONZALEZ-ANGULO**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

───────────◆───────────

STATE'S MOTION FOR FINAL EXTENSION OF TIME TO FILE BRIEF

───────────◆───────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with the aggravated assault of her boyfriend, Dr. George Blumenschein, by poisoning him with ethylene glycol on January 27, 2013 (CR – 23). She pled "not guilty" to the charge, and the case was tried to a jury (CR – 155). The jury found her guilty and assessed punishment at ten years in prison on September 29, 2014 (CR – 155). The appellant filed notice of appeal one month later, and the trial court certified that she had the right to appeal (CR – 158, 160).

2. The State's brief was originally due on July 24, 2015, but this Court granted an extension until September 22, 2015. The State hereby requests a final 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The record in this case is over 45 megabytes in length split over 20 files. The trial testimony consisted of more than 30 witnesses, some of whom testified over the course of several days. Therefore, it is taking a long time to process the record.

   b. The undersigned attorney researched and answered by email more than 95 legal questions of trial prosecutors since the appellant filed her brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

   c. The undersigned attorney was required to travel outside the office on three occasions since the appellant filed her brief. The undersigned attorney has also been required to present oral argument in two cases during that same period of time.

   d. The undersigned attorney has been involved in completing the following written appellate project since the appellant filed her brief:

      (1) Albert Febus v. The State of Texas
          No. 01-14-00942-CR
          Brief filed June 24, 2015

      (2) Richard Contreras v. The State of Texas
          No. 01-14-00758-CR
          Brief filed July 7, 2015

(3)     James Ben v. The State of Texas
          No. 01-15-00096-CR
          Brief filed July 16, 2015

(4)     Frellin Orellano v. The State of Texas
          No. 14-14-00701-CR
          Brief filed August 14, 2015

(5)     Luis Veliz v. The State of Texas
          No. 14-14-00057-CR
          PDR filed August 20, 2015

(6)     Joshua London v. The State of Texas
          No. PD-0480-15
          Brief on PDR filed August 25, 2015

(7)     Andrew Ealy v. The State of Texas
          No. 14-14-00917-CR
          Brief filed August 31, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Barbara Drumheller
Attorney at Law
8501 Katy Freeway, Suite 201
Houston, Texas  77024
Barbara Drumheller@gmail.com
☐

/s/  Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
TBC No. 796910

Date:  September 22, 2015